**RECEIVED**
CHARLOTTE, N.C.

JUN 06 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**FILED**
ASHEVILLE, N. C.

JUN - 8 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR25-T |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| SHAWN LUIS GOODMAN | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This ___8th___ day of June, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE